# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE E. BOYD, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:16-CV-2148 ERW |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motions to waive appearance at sentencing and to expedite this case. Movant's motion to waive appearance should be filed in his criminal action. This case is proceeding in a timely matter.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motions to waive appearance at sentencing and to expedite this case are **DENIED**. (Doc. Nos. 10, 17)

So Ordered this 31st day of May, 2017.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE